**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 98-10510
Summary Calendar

ROYCE DYESS,

Plaintiff-Appellant,

versus

CITY OF LAMESA, TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas
(5:97-CV-179)

January 20, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Royce Dyess appeals the district court's grant of summary judgement in favor of the defendant-appellee City of Lamesa. Dyess argues on appeal that he sufficiently raised genuine issues of material fact in order to survive a motion for summary judgement on his Title VII of the Civil Rights Act and Age Discrimination in Employment Act claims. Having reviewed the parties' briefs and the record, we find no reversible error in the district court's Order. Therefore, we AFFIRM the judgment of the district court.

---

[*]Pursuant to 5th CIR.R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR.R. 47.5.4.